**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Franklin Capital Holdings LLC v. Fuell Inc., Ed Tucker Distributor., and Francois-Xavi Terny

Case Number: 22-cv-03648

An appearance is hereby filed by the undersigned as attorney for:

Fuell Inc.

Attorney name (type or print): Michael R. La Porte

Firm: Dunlap Bennett & Ludwig PLLC

Street address: 333 N. Michigan Avenue, Suite 2700

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6237510
(See item 3 in instructions)

Telephone Number: 312-551-9500

Email Address: mlaporte@dbllawyers.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/15/2022

Attorney signature: S/ Michael R. La Porte
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015