**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FRANKLIN CAPITAL HOLDINGS, LLC, ) | |
| A Delaware limited liability company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-03648 |
| ) | |
| FUELL, INC., a New York corporation, ED ) | Honorable Andrea R. Wood |
| TUCKER DISTRIBUTOR, INC., a Texas ) | |
| Corporation, and FRANCOIS-XAVIER ) | |
| ERNY, and individual, ) | |
| ) | |
| Defendants. ) | |
| ———————————————————) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant and

Cross Claimant, Fuell, Inc., hereby dismisses without prejudice its cross claim against Defendant

Ed Tucker. Fuell, Inc. files this Notice of Voluntary Dismissal without a court order as this Cross-

Defendant has not served an answer or a motion for summary judgement.


Dated: December 15, 2022          Respectfully submitted,


                                  /s/ Michael La Porte
                                  ————————————————
                                  Michael R. La Porte
                                  Dunlap Bennett & Ludwig PLLC
                                  333 N. Michigan Ave., Suite 2700
                                  Chicago, Illinois 60601
                                  (312) 551-9500 (t)
                                  (312) 551-9501 (f)
                                  mlaporte@dbllawyers.com

                                  *Counsel for Fuell, Inc.*